IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY HIGHTOWER,    ) | |
| ) | |
| *Plaintiff*,    ) | |
| ) | CIVIL ACTION NO. |
| v.    ) | 07 cv 558-MHT |
| ) | |
| STATE OF ALABAMA, *et al.*,    ) | |
| ) | |
| *Defendants*.    ) | |

_____

### JOINT STATEMENT REGARDING REPRESENTATION OF PARTIES

In response to this Honorable Court's Order of June 25, 2007 [Doc. No. 5], requiring the parties to jointly prepare a statement concerning representation, the following is submitted:

    **A.**    **Defendants remaining in the case:**

        1.  Department of Corrections

        2.  Richard F. Allen, Commissioner of Department of Corrections

        3.  State Personnel Department

        4.  Jackie Graham, Director of the State Personnel Department

    **B.**    **Attorneys in the case:**

        1.  Russell W. Adams

        2.  Rocco Calamusa, Jr.

        3.  Warren B. Lightfoot, Jr.

        4.  John B. Holmes III

        5.  Abigail H. Avery

        6.  Kim T. Thomas

    7. Alice Ann Byrne

**C.**      **Representation of parties:**

| Plaintiff: | Attorneys |
|---|---|
| Roy Hightower | Russell W. Adams |
| | Rocco Calamusa, Jr. |

| Defendants: | Attorneys |
|---|---|
| State Personnel Department | Alice Ann Byrne |
| Jackie Graham, Director | Alice Ann Byrne |
| Department of Corrections | Warren B. Lightfoot, Jr. |
| | John B. Holmes III |
| | Abigail H. Avery |
| | Kim T. Thomas |
| Richard F. Allen, Commissioner | Warren B. Lightfoot, Jr. |
| | John B. Holmes III |
| | Abigail H. Avery |
| | Kim T. Thomas |

The parties agree that the Governor and the State of Alabama shall be dismissed from this action without prejudice, subject to the Plaintiff's right to reinstate the Governor and the State of Alabama as defendants upon notice to the Court and the parties. The Governor and the State would then be reinstated as defendants in this action as if they had never been dismissed such that any application statute of limitations shall be tolled during the dismissal period. The Defendants agree that no objection or defense arising from the dismissal will be raised.

Respectfully submitted, this 30th day of July, 2007.

                                                      /s/ Russell W. Adams
                                                      RUSSELL W. ADAMS (ASB 3760-A62R)
                                                      Attorney for Plaintiff

Address of Counsel:
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL 35203-3204
(205) 314-0500

    /s/ Alice Ann Byrne_____
ALICE ANN BYRNE (BYR 015)
Attorney for Defendants
State of Alabama, Governor Fob James,
State Personnel Department and
Jackie Graham, Director of State
Personnel Department

Address of Counsel :
STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street
Folsom Administrative Bldg.
Suite 316
Montgomery, AL 36130
(334) 242-3451

    /s/ Warren B. Lightfoot, Jr. _____
WARREN B. LIGHTFOOT, JR. (LIG 003)
JOHN B. HOLMES, III (HOL 115)
ABIGAIL H. AVERY (AVE 014)
Attorney for Defendants
Department of Corrections
and Richard F. Allen, Commissioner

Address of Counsel :
MAYNARD COOPER & GALE, PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618
(205) 254-1000

    /s/ Kim T. Thomas _____
KIM T. THOMAS (THO \_\_\_\_)
Attorney for Defendants
Department of Corrections
and Richard F. Allen, Commissioner

Address of Counsel:
Office of the General Counsel
DEPARTMENT OF CORRECTIONS
301 South Ripley Street
Montgomery, AL 36130
(334) 353-3883

3