# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ROY HIGHTOWER,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | **2:07-CV-558-MHT** |
| ) | |
| **STATE OF ALABAMA, et al.,** ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

## CONFLICT DISCLOSURE STATEMENT

Defendants Department of Corrections and Richard F. Allen, Commissioner, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1. Defendant Department of Corrections is a governmental entity.

2. Defendant Richard F. Allen is an individual, named in his official capacity as Commissioner of Department of Corrections.

1

        Respectfully submitted,


        /s/ Abigail H. Avery
        Warren B. Lightfoot, Jr.
        John B. Holmes, III
        Abigail H. Avery
        Attorneys for the Defendants
        Department of Corrections, and
        Richard F. Allen, Commission

**OF COUNSEL**:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203-4604
Telephone:  (205) 254-1000
Facsimile:   (205) 254-1999
Email:       wlightfoot@maynardcooper.com
            jholmes@maynardcooper.com
            aavery@maynardcooper.com

Kim T. Thomas
DEPARTMENT OF CORRECTIONS
Office of General Counsel
301 South Ripley Street
Montgomery, AL  36130
Telephone:  (334) 353-3883

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2007, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:

    Russell W. Adams, Esq.
    Rocco Calamusa, Jr., Esq.
    WIGGINS CHILDS QUINN & PANTAZIS, P.C.
    The Kress Building
    301 19th Street North
    Birmingham, AL  35203-3204

For Defendants State Personnel Department, and Jackie Graham, Director of State Personnel Board:

    Alice Ann Byrne, Esq.
    STATE PERSONNEL DEPARTMENT
    Folsom Administrative Building
    64 North Union Street ~ Suite 316
    Montgomery, AL  36130

                                        /s/ Abigail H. Avery
                                        Of Counsel