IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROY HIGHTOWER,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   Civil Action No.: 2:07-CV-558-MHT |
| | * |
| **ALABAMA DEPARTMENT** | * |
| **OF CORRECTIONS, et al.** | * |
| | * |
| **Defendant.** | * |

## NOTICE OF DISMISSAL

COMES NOW, Roy Hightower, and dismisses his claims in the above-styled cause without prejudice pursuant to FRCP 41(a)(1)(i), as he no longer wishes to pursue this action and the defendants have not yet filed an answer or a motion for summary judgment. Subsequent to the filing of his complaint in intervention, Mr. Hightwower's demotion was reversed by the State Personnel Board and he was awarded backpay.

Respectfully submitted,

/s/ Russell W. Adams
Russell W. Adams
Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing Plaintiff's Initial Disclosures on counsel via e-mail, addressed, to the following:

    Alice Ann Byrne
    State Personnel Department
    64 North Union Street
    316 Folsom Administrative Bldg.
    Montgomery, AL 36130
    AliceAnn.Byrne@personnel.alabama.gov

    Warren B. Lightfoot, Jr.
    John B. Holmes, III
    Abigail H. Avery
    Maynard, Cooper & Gayle, P.C.
    1901 Sixth Avenue North
    2400 AmSouth Harbert Plaza
    Birmingham, AL 35203-2618
    wlightfoot@maynardcooper.com
    jholmes@maynardcooper.com
    aavery@maynardcooper.com

    Kim T. Thomas
    Department of Corrections
    301 South Ripley Street
    Montgomery, AL 36130
    Kim.Thomas@doc.alabama.gov

This 11th day of October, 2007.

                                                /s/ Russell W. Adams
                                               OF COUNSEL